AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| APM REPORTS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-03346 (CRC) |
| U.S. DEPARTMENT OF DEFENSE, et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, APM Reports                                                                                                    .

Date:        05/25/2023

/s/ Stephen Stich Match
*Attorney's signature*

Stephen Stich Match, Bar No. MA0044
*Printed name and bar number*

Loevy & Loevy
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607

*Address*

match@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*